■   SEE CHANG CHIU, Respondent, v CARLOS GARCIA et al., Appellants.— In a negligence action to recover damages for personal injuries, defendants appeal from a judgment of the Supreme Court, Queens County, entered November 27, 1978, which is in favor of plaintiff and against them, upon a jury verdict. Judgment reversed, on the law, and new trial granted with respect to the issue of damages only, with costs to abide the event. Trial Term erred in allowing plaintiff's medical expert, Dr. Chaitin, to testify as to matters shown on X rays which were not in evidence and whose absence was not explained (see *Richter v Trailways of New England,* 28 AD2d 737; *Sirico v Cotto,* 67 Misc 2d 636). Damiani, J. P., Mangano, Gibbons and O'Connor, JJ., concur.

■   MARCELYNN ETHERIDGE, Appellant, v BERNIE MAGRINO, Respondent. —In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Kings County, entered September 11, 1979, which denied her motion for summary judgment. Order affirmed, with $50 costs and disbursements. There are issues of fact as to the speed of defendant's vehicle, its distance from the car in front of it and the existence, if any, of an emergency situation which resulted in defendant's vehicle veering into a pole to avoid the other car (see *Ugarriza v Schmieder,* 46 NY2d 471; *Borgesano v Hertz Corp.,* 69 AD2d 894). Damiani, J. P., Titone, Gulotta and Margett, JJ., concur.